IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Valentine, Erica L | Case Number: 07 B 09366 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 5/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 2, 2008
Confirmed: August 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 15,656.00 | |
| Secured: | | 10,394.98 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,500.00 |
| Trustee Fee: | | 863.52 |
| Other Funds: | | 897.50 |
| Totals: | 15,656.00 | 15,656.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Gleason & MacMaster | Administrative | 3,500.00 | 3,500.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Nuvell Credit Company LLC | Secured | 0.00 | 0.00 |
| 4. | Great American Finance Company | Secured | 489.38 | 489.38 |
| 5. | Great American Finance Company | Secured | 341.22 | 341.22 |
| 6. | Drive Financial Services | Secured | 16,952.04 | 7,367.84 |
| 7. | Monterey Financial Services | Secured | 559.36 | 559.36 |
| 8. | Countrywide Home Loans Inc. | Secured | 29,007.76 | 1,637.18 |
| 9. | Monterey Financial Services | Unsecured | 14.05 | 0.00 |
| 10. | Nicor Gas | Unsecured | 110.36 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 53.32 | 0.00 |
| 12. | Great American Finance Company | Unsecured | 0.03 | 0.00 |
| 13. | Great American Finance Company | Unsecured | 0.02 | 0.00 |
| 14. | Premier Bankcard | Unsecured | 21.80 | 0.00 |
| 15. | Drive Financial Services | Unsecured | 13.97 | 0.00 |
| 16. | Thorn Creek Townhomes | Unsecured | 627.32 | 0.00 |
| 17. | Harris & Harris | Unsecured | | No Claim Filed |
| 18. | Harris & Harris | Unsecured | | No Claim Filed |
| 19. | Harris & Harris | Unsecured | | No Claim Filed |
| 20. | Medical Collections | Unsecured | | No Claim Filed |
| 21. | Harris & Harris | Unsecured | | No Claim Filed |
| 22. | Midwest Credit Inc | Unsecured | | No Claim Filed |
| 23. | Komyattee & Associates | Unsecured | | No Claim Filed |
| 24. | Professional Account Management | Unsecured | | No Claim Filed |
| 25. | Value City | Unsecured | | No Claim Filed |
| 26. | Harris & Harris | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Valentine, Erica L

Printed: 11/25/08

Case Number:  07 B 09366
Judge:  Wedoff, Eugene R
Filed:  5/23/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Great American Finance Company | Unsecured | | No Claim Filed |
| 28. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 29. | Great American Finance Company | Unsecured | | No Claim Filed |
| | | | $ 51,690.63 | $ 13,894.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 470.11 |
| 6.5% | 393.41 |
| | $ 863.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

